**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-FILED\***
**September 1, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DIRECTV, INC.

        Plaintiff,

v.

NAM NGUYEN,

        Defendant.

_____/

No. C 04-03557 RS

**ORDER CONTINUING**
**STAND-BY ORDER TO SHOW**
**CAUSE**

Good cause appearing therefor,

      The order to show cause hearing scheduled for September 7, 2005 is hereby continued to

**September 28, 2005 at 9:30 a.m.**  The parties are required to file a stipulation of dismissal no later than

**September 21, 2005**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

appear on **September 28, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

      Failure to comply with this Order may result in dismissal of the case.

      IT IS SO ORDERED.

Dated:  September 1, 2005

                          /s/ Richard Seeborg
                          RICHARD SEEBORG
                          United States Magistrate Judge

United States District Court

For the Northern District of California

1

2 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

3 **Counsel for Plaintiff(s)**

4

5 Sandeep J. Shah, Esq.
Email: sshah@buchalter.com

6 **AND A COPY OF THIS ORDER WAS MAILED TO:**

7 **Counsel for Defendant(s)**

8

9 Tam Nguyen, Esq.
Tam Nguyen & Associates

10 545 East Saint John Street
San Jose, CA 95112

11

12 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

13

14 Dated:  September 1, 2005

15

16 _/s/ BAK_____
Chambers of Magistrate Judge Richard Seeborg

17

18

19

20

21

22

23

24

25

26

27

28