**\*E-FILED\***
**October 7, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., | No. C 04-03557 RS |
| Plaintiff, | **ORDER CONTINUING STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| NAM NGUYEN, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the court, the stand-by order to show cause hearing, which is currently set for October 26, 2005, shall be held on **November 16, 2005 at 9:30 a.m.**. The parties are required to file a stipulation of dismissal by **November 9, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 16, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 7, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Sandeep J. Shah, Esq.
Email: sshah@buchalter.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

**Counsel for Defendant(s)**

Tam Nguyen, Esq.
Tam Nguyen & Associates
545 East Saint John Street
San Jose, CA 95112

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 7, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg