*E-FILED*
**November 16, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC. | No. C 04-03557 RS |
| Plaintiff, | **ORDER VACATING STAND-BY ORDER TO SHOW CAUSE AND SETTING STATUS CONFERENCE** |
| v. | |
| NAM NGUYEN, | |
| Defendant. | |

An order to show cause hearing in the above action was held on November 16, 2005. Counsel for plaintiff and counsel for defendant appeared at the hearing. Therefore, the court discharges the order to show cause.

A status conference will be held on **December 21, 2005 at 9:30 a.m.** The parties shall file a stipulation of dismissal prior to that date. If no stipulation of dismissal is filed by December 21, 2005, the parties are ordered to appear on December 21, 2005 at 9:30 a.m.

IT IS SO ORDERED.

Dated: November 16, 2005

    /s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Brandon Q. Tran, Esq.
Email: btran@buchalter.com

**Counsel for Defendant(s)**

Tam Nguyen, Esq.
Email: lsnguyentam@yahoo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 16, 2005

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg