1  | Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
2  | Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
3  | A Professional Corporation
18400 Von Karman Avenue, Suite 800
4  | Irvine, California 92612-0514
Telephone: (949) 760-1121
5  | Facsimile: (949) 720-0182
E-mail: btran@buchalter.com
6
Attorneys for Plaintiff DIRECTV, INC.
7

*E-FILED 12/14/05*

8

### UNITED STATES DISTRICT COURT

9

### NORTHERN DISTRICT OF CALIFORNIA

10

### SAN JOSE DIVISION

11

12  | DIRECTV, INC., a California corporation,          Case No. CV-04-3557 RS

13  |                          Plaintiff,              Hon. Richard Seeborg

14  |          vs.                                     **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NAM NGUYEN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

15  | NAM NGUYEN,

16  |                          Defendant.

17  |          IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18  | ("DIRECTV") and Defendant NAM NGUYEN ("Defendant"), through their respective counsel

19  | of record, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to

20  | Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear its/his own costs and

21  | attorneys' fees.

22  |          The terms of the Confidential Settlement Agreement dated June 29, 2005

23  | ("Agreement") entered into between the Defendant and DIRECTV require installment payments

24  | from Defendant, the last of which is not due to be received until December 2005.  If the

25  | Defendant does not make any payment under the Agreement when due, DIRECTV is authorized

26  | to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for

27  | Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement.  The

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NAM NGUYEN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1  parties therefore have consented, and hereby further stipulate and consent to, the retention of

2  jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the

3  purpose of enforcing the payment terms of the Agreement, including entering a Judgment against

4  Defendant pursuant to the Stipulation.  The parties therefore respectfully request that the Court

5  retain such jurisdiction.

6  DATED: December 13, 2005                    Respectfully Submitted,

7                                              BUCHALTER NEMER
                                               A Professional Corporation
8

9

10                                             By:_____/s/ Brandon Q. Tran_____
                                                         Brandon Q. Tran
11                                                Attorneys for Plaintiff DIRECTV, Inc.

12  DATED: November 6, 2005                     TAM NGUYEN & ASSOCIATES

13

14                                             By:_____/s/ Tam Nguyen_____
                                                         Tam Nguyen
15                                                Attorneys for Defendant NAM NGUYEN

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NAM NGUYEN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

## <u>ORDER</u>

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant NAM NGUYEN ("Defendant") and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1)     Defendant is hereby dismissed from this action with prejudice;

(2)     Each of said parties to bear its/his own costs and attorneys' fees; and

(3)     The Court shall retain jurisdiction over DIRECTV and Defendant to enforce the terms described above of the Settlement Agreement between those parties dated June 29, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District

Dated:     December 14, 2005

/s/ Richard Seeborg
_____
Honorable Richard Seeborg
Judge of the United States District Court
Northern District of California

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT NAM NGUYEN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.